83,344-01

Hon. Abel Acosta, clerk

ON This: June 14, 2015, I'm writting to Inform you that I have been Transferred to a diffrant unit last week.

I have A 1107 Habeas corpus filed in this court at this time.

I will leave all Information to wear I may be contacted at the bottom of this page.

Thanks very much, for your Time, and have a nice day.

Thanks
Sincerly,
Jesse Rose

New Info.
NAmE: JESSE Ray RoSE
NVmb: 1802171
Add mailing: Rt. 2, Box 4400
Gatesville, TEXAS 76597
Physical add: 3201 F.M. 929
Gatesville, TEXAS
Ph. # (254) 865-6663

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 22 2015
Abel Acosta, Clerk